UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

FILED

2012 MAY -1  A 11: 38

UNITED STATES OF AMERICA    )
                            )
                            )
vs.                         )      1:12-cr- 45
                            )
                            )      Judge _Collier/Carter_
EDWARD YOUNG                )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that on or about October 5, 2011, in the Eastern District of

Tennessee, the defendant, EDWARD YOUNG, having previously been convicted in court of a

crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and

affecting commerce, ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

**SIGNATURE REDACTED**
_____
FOREPERSON OF THE GRAND JURY

WILLIAM C. KILLIAN
United States Attorney

By:_____
Christopher D. Poole
Assistant U.S. Attorney

1