UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:12-CR-45-1 |
| v. ) | |
| ) | Collier/Carter |
| EDWARD YOUNG ) | |

### **O R D E R**

On August 7, 2012, pursuant to 28 U.S.C. § 636(b), United States Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation ("R&R") (Court File No. 15) recommending the Court deny Defendant Edward Young's ("Defendant") motion to suppress evidence from search of his home (Court File No. 10). Neither party filed an objection to the R&R.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact and conclusions of law. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 15) pursuant to 28 U.S.C. § 636(b)(1), and **DENIES** Defendant's motion to suppress (Court File No. 10).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**