**JUDGMENT:** Case No. 1:12-cr-45    USA v. Edward Young

**PRESENT:** Honorable Curtis L. Collier    ☑ U.S. District Judge  OR  ☐ U.S. Magistrate Judge

Chris Poole — Assistant U.S. Attorney
Christopher T. Varner — Attorney for Defendant
___ — Probation Officer

DeAndra Hinton — Courtroom Deputy
Elizabeth Coffey — Court Reporter
___ — Interpreter    ☐ SWORN

**PROCEEDINGS:** ☑ Plea agreement accepted by Court  ☑ PSR guidelines are  ☑ accurate  ☐ as modified  ☑ PSR SEALED

☐ Govt/Deft motion for downward departure: ☐ granted ☐ denied
   upward departure: ☐ granted ☐ denied
   non-guidelines sentence: ☐ granted ☐ denied

Govt motion for third point reduction for acceptance of responsibility ☐ granted ☐ denied

☑ Deft speaks  OR  ☐ Deft declines to speak    "Fqewogpvu—all except psr aaaaaaaa"  ☑ wpugcrgf  ☐ tgo ckp'ugcrgf

**TESTIMONY BY:** ___

☐ Exhibits attached to minutes    ☐ Exhibits in vault

**IMPRISONMENT:** 180 MONTHS on COUNT(s) ___

**SUPERVISED RELEASE/PROBATION:** 2 YEARS on COUNT(s) ___

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☑ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☐ submit to search
☐ perform ___ hours of community service
☐ comply with any BICE deportation orders
☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** Undergo mental health evaluation

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** BOP to address any medical needs.

**RESTITUTION:** ___

☐ Interest Waived    ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** ___ OR ☐ Waived    **SPECIAL ASSESSMENT:** $100.00    ☑ Payment due immediately  ☐ Interest waived

☑ Court waived fine due to deft's inability to pay   ☑ Deft informed of right to appeal   ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond

Deft to self-report on or before ___ at ___

Time: 10:40 to 11:30    Date: 5.9.2013