UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 1:12-CR-45 |
| | ) | |
| EDWARD YOUNG | ) | Collier/Carter |
| | ) | |

## MOTION TO WITHDRAW REDACTION REQUEST

Defendant Edward Young, by and through counsel, moves the Court for the entry of an order withdrawing his previously filed Notice of Intent to Request Redactions & Request to Redact filed on July 7, 2013, relating to the transcript resulting from the Sentencing Hearing held on May 9, 2013.

Respectfully submitted,

EVANS HARRISON HACKETT PLLC

By: /s/ Christopher T. Varner
  Christopher T. Varner (BPR No. 018260)
One Central Plaza, Suite 800
835 Georgia Avenue
Chattanooga, TN  37402
Phone:  (423) 648-7890
Fax:  (423) 648-7987
cvarner@ehhlaw.com

*Attorneys for Edward Young*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a copy of the foregoing pleading has been served upon all parties at interest in this case or counsel for said parties via the U.S. District Court's Electronic Case Filing System.

 This the 8th day of August, 2013.

        EVANS HARRISON HACKETT PLLC

        By: /s/ Christopher T. Varner